NACHI-FUJIKOSHI CORP. AND NACHI AMERICA, INC., PLAINTIFFS *v.* UNITED STATES, DEFENDANT, AND FEDERAL-MOGUL CORP. AND TORRINGTON CO., DEFENDANT-INTERVENORS

Court No. 91–08–00595

(Dated November 5, 1992)

TSOUCALAS, *Judge:* This Court having remanded this case to the Department of Commerce, International Trade Administration ("Commerce"), on July 16, 1992 for correction of certain errors in the final results; and those corrections having been made, it is hereby

ORDERED that Commerce's remand results are affirmed; and it is further

ORDERED that this case is dismissed in all respects.